# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**EDWARD MORRISON**                                                      **PLAINTIFF**

**V.**                Case No.  **4:06CV01297-JMM-BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**             **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed objections.  After careful review of the Recommended Disposition, as well as a de novo review of the record,  the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Defendant's Motion to Dismiss (#14) is GRANTED and Plaintiff's Complaint (#3) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this __18__ day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE