IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EDWARD MORRISON**            **PLAINTIFF**

V.        Case No. **4:06CV01297-JMM-BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED, this 18 day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE